**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01399-CR
No. 05-13-01400-CR

**DAVID FIELDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-62384-Q, F12-51531-Q**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/　　DAVID EVANS
　　　　JUSTICE